FILED
CHARLOTTE, NC

MAR 20 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>(1) OLUMIDE OLORUNFUNMI )<br>(2) SAMSON AMOS ) | DOCKET NO.: 3:24CR 67-FDW<br><br>UNDER SEAL<br>**ORDER TO SEAL THE INDICTMENT** |

UPON MOTION of the United States of America, by and through **Dena J. King**, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Indictment, Motion to Seal and this Order, be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 20th day of **March, 2024**.

_____
UNITED STATES MAGISTRATE JUDGE