IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CR-067-FDW-DCK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| (1) OLUMIDE OLORUNFUNMI | ) | |
| (2) SAMSON AMOS | ) | |

**THIS MATTER IS BEFORE THE COURT** upon the United States' "Motion To Unseal The Indictment" (Document No. 7) filed April 2, 2024.

It appears to the Court that there no longer exists any danger to the attendant investigation in this case.

**IT IS, THEREFORE, ORDERED** that the Bill of Indictment (Document No. 3) in the above-captioned case be **UNSEALED**.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshals Service, Defense Counsel and the United States Attorney's Office.

**SO ORDERED**.

Signed: April 2, 2024

David C. Keesler
United States Magistrate Judge