IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cr-00067-FDW-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>OLUMIDE OLORUNFUNMI,<br><br>    Defendant. | **UNOPPOSED MOTION TO CONTINUE TRIAL** |

NOW COMES, the undersigned Counsel for the Defendant and hereby respectfully requests that the Court continue docket call, trial and the deadline for any pretrial motions. The United States has been informed of this motion and does not oppose the same.

The Defendant was arraigned on April 25, 2024. The United States has provided several gigabytes of discovery. The allegations in this case involve complicated financial transactions, among others. Counsel is scheduled for secured leave for most of the month of June. (Doc 35). The Court has previously continued the case as to the co-defendant Samson Amos. (Doc 33).

WHEREFORE, the Defendant respectfully requests the Court continue this case consistent with the co-defendant, Samson Amos.

Respectfully submitted this 27th day of May, 2024.

                        /s/ S. Frederick Winiker, III
                        Winiker Law Firm, PLLC
                        352 N. Caswell Rd.
                        Charlotte, NC  28204
                        (Phone) (704) 333-8440

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Western District of North Carolina, using the CM/ECF system, which will electronically notify all counsel of record who have consented to accept service by electronic means, including:

**Benjamin Bain-Creed**
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, NC 28202
704-338-3123
Fax: 704-344-6629
benjamin.bain-creed@usdoj.gov

**Daniel S. Ryan**
United States Attorney's Office
227 West Trade Street, Suite 1650
Charlotte, NC 28202
704-338-3168
Daniel.ryan@usdoj.gov

This the 27th day of May 2024.

/s/ S. Frederick Winiker, III
Winiker Law Firm, PLLC
352 N. Caswell Rd.
Charlotte, NC 28204
(Phone) (704) 333-8440