UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CR-00067-FDW-DCK

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| OLUMIDE OLORUNFUNMI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Continue Docket Call/Trial (Doc. No. 36), which is presently scheduled for July 8, 2024. The United States does not oppose the Motion. For good cause shown, Defendant's Motion is **GRANTED** and Docket Call/Trial in this matter is **CONTINUED** to the Court's next available criminal term. All pretrial deadlines are **CONTINUED** consistent with this Order and the Court's Standing Order governing criminal cases.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Continue Docket Call/Trial, (Doc. No. 36), is **GRANTED**. In granting the motion, the Court finds the ends of justice served by tolling the running of the speedy trial clock through the Court's next available criminal term pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), and (B)(ii) outweigh the best interests of the public and Defendant in a speedy trial.

**IT IS SO ORDERED.**

Signed: May 28, 2024

_____
Frank D. Whitney
United States District Judge